UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL W. HAMMOND, | No. 2:13-cv-0669 JAM DAD PS |
| Plaintiff, | |
| v. | ORDER |
| CONRAD V. MEYER, Director, Army Board for Correction of Military Records, | |
| Defendant. | |

Plaintiff, Lionel Hammond, is proceeding pro se in the above entitled action. The action has therefore been referred to the undersigned pursuant to Local Rule 302(c)(21) for all purposes encompassed by that rule.

On January 31, 2014, the matter came before the undersigned for a Status (Pretrial Scheduling) Conference. Plaintiff Lionel Hammond appeared on his own behalf and attorney Gregory Broderick appeared on behalf of the defendant.

After hearing from the parties, IT IS ORDERED that:

1. A copy of the agreed upon administrative record shall be lodged with the court within twenty-eight days of the date of this order;

2. Plaintiff shall file his brief within twenty-eight days of the date of lodging of the administrative record;

1

      3. Defendant shall file its response to plaintiff's motion within twenty-one days of the date of filing of plaintiff's brief;

      4. Plaintiff may file a reply to defendant's response within fourteen days of the date of filing of defendant's response; and

      5. Either party may set this matter for hearing before the undersigned, if so desired, by requesting oral argument in their briefs.

Dated:  January 31, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\hammond0669.oah.013114.docx