BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL W. HAMMOND,<br><br>    Plaintiff,<br><br>    v.<br><br>CONRAD V. MEYER, DIRECTOR, ARMY BOARD FOR THE CORRECTION OF MILITARY RECORDS<br><br>    Defendant | No.  2:13-cv-0669-JAM-DAD-PS<br><br>**STIPULATION AND ORDER FOR STAY** |

This is an action under the Administrative Procedure Act (5 U.S.C. § 551, et seq.) ("APA") challenging the decision of the Army Board for the Correction of Military Records ("ABCMR") to deny the request for a Purple Heart by Plaintiff Lionel W. Hammond.  Mr. Hammond previously filed a petition with ABCMR which was supported by various documents, but which ABCMR denied.  He then sought reconsideration, which was also denied.  Mr. Hammond's opening brief is currently due March 28, 2014, Defendant's response is due April 18, 2014, and any reply is due May 2, 2014.

After filing suit in this Court for review of ABCMR's decision, Mr. Hammond received new documents, which he believes further support his petition.  Because those documents were not provided to ABCMR with the original petition and reconsideration, they are not part of the administrative record.  However, ABCMR has agreed to consider Mr. Hammond's newly discovered documents, should he choose to submit them to the ABCMR in support of his application and in a timely manner.

Therefore, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. That this matter shall be voluntarily stayed, and all dates in the matter vacated to allow Mr. Hammond to submit an application to the ABMCR;
2. That Mr. Hammond shall have 60 days from the date of entry of the proposed order to submit any documents and argument in support of his application; and
3. That the parties shall provide a Joint Status Report to this Court not later than 90 days thereafter, advising the Court of the status and proposing any further action;

Should Mr. Hammond fail to submit an application to the ABCMR within 60 days of the date of entry of this Court's order, the parties will immediately report to the Court and propose a revised briefing schedule for this matter.

RESPECTFULLY SUBMITTED,

Dated: March 26, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

Dated: March 26, 2014

*/s/ Lionel W. Hammond*
LIONEL W. HAMMOND
In Pro Per

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  March 27, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se\hammond0669.stip.stay.ord.doc

3